**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CENTER FOR RURAL AFFAIRS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

No. 26-894
Judge Lerner

**DEFENDANT'S UNOPPOSED MOTION FOR**
**AN ENLARGMENT OF TIME TO FILE A RESPONSE**

Pursuant to Rules 6(b), 6.1, and 7(b) of the Rules of the United States Court of Federal Claims (RCFC), and the Court's Standing Order, ECF No. 7, defendant, the United States, respectfully requests that the Court grant a 14-day enlargement of time to respond to the complaint filed by plaintiff, Center for Rural Affairs. Defendant's response is currently due October 1, 2026, and an enlargement of this response period will impact subsequent case deadlines, such as the early meeting of counsel. *See* RCFC Appendix A. One previous enlargement has been granted. On Tuesday, September 29, 2026 counsel for plaintiff indicated that it does not oppose this motion.

Good cause exists for an enlargement of time in this matter. Though undersigned counsel has diligently pursued filing a response to plaintiff's complaint during the provided response period, within the past two weeks two district courts have issued decisions vacating the recommendation to terminate the "Solar for All" program administered by the Environmental Protection Agency. *See Rhode Island AFL-CIO v. United States Env't Prot. Agency*, No. 1:25-

CV-00510-MSM-PAS, 2026 WL 2797310 (D.R.I. Sept. 18, 2026); *Harris Cnty., Texas v. United States Env't Prot. Agency*, No. 25-CV-3646 (TSC), 2026 WL 2837849 (D.D.C. Sept. 22, 2026). Plaintiff in this case challenges the termination of a grant awarded through this Solar for All program, and thus the district court decisions potentially implicate issues relating to the termination of plaintiff's grant. Additionally, the two district court cases address similar arguments raised by plaintiff in this case. Accordingly, defendant seeks a brief extension of time for internal consideration of the decisions, before submitting a response to plaintiff's complaint for the Court's consideration.

For these reasons and for good cause shown, we respectfully request that the Court grant this consent motion for an enlargement of time for 14 days, to and including October 15, 2026, to file a response to plaintiff's complaint.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ALBERT S. IAROSSI
Assistant Director

/s/ Matthew D. Lewis
MATTHEW D. LEWIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 880-6321
Attorneys for Defendant

Dated: September 29, 2026