**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CENTER FOR RURAL AFFAIRS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | No. 26-894<br>Judge Lerner |

ORDER

Upon consideration of defendant's unopposed motion for an enlargement of time to file a response to plaintiff's complaint, and for good cause shown, it is hereby:

**ORDERED** that a response to plaintiff's complaint shall be filed by Thursday, October 15, 2026.

/s/____________________
Judge Lerner

Dated: ____________________