**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CENTER FOR RURAL AFFAIRS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

No. 26-894
Judge Lerner

**DEFENDANT'S PARTIALLY CONSENTED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE**

Pursuant to Rules 6(b), 6.1, and 7(b) of the Rules of the United States Court of Federal Claims (RCFC), and the Court's Standing Order, ECF No. 7, defendant, the United States, respectfully requests that the Court grant a 30-day enlargement of time to respond to the complaint filed by plaintiff, Center for Rural Affairs. Defendant's response is currently due November 12, 2026, and an enlargement of this response period will impact subsequent case deadlines, such as the early meeting of counsel. *See* RCFC Appendix A. Previous enlargements were granted before plaintiff amended its complaint on October 29, ECF No. 14, but no other enlargements have been sought since that point. On Tuesday, November 10, 2026 counsel for plaintiff indicated that it would only consent to a 21-day extension.

Good cause exists for an enlargement of time in this matter. Plaintiff has raised a number of new allegations in its amended complaint that require time for defendant's review and consideration, and some of which require new streams of internal inquiry. Accordingly, the short 14-day period provided under the Court's rules for defendant to investigate the allegations

is insufficient to prepare an appropriate response to these new allegations without a reasonable 30-day extension.

Additionally, defendant is cognizant of the Court's standing order seeking two business days prior to any extension motion, ECF No. 7, but extraordinary circumstances warrant this late extension request. Undersigned counsel returned to the office on Thursday, November 5, 2026, following work-related travel the preceding Sunday through Wednesday. The following day, Friday, November 6, 2026, counsel was unable to access his computer due to information technology (IT) issues that persisted for the entire workday. Following regular internal communication and escalation with administrative personnel on Friday, computer access was briefly restored from Friday evening through Saturday evening, but counsel again was completely shut out of his from Sunday, November 8, 2026, until 2 p.m. yesterday afternoon. Immediately after regaining access to his computer, counsel had to address his multiple filings due yesterday and today, before then addressing more attenuated deadlines. Accordingly, this request for an extension was not due to dereliction by the defendant, but instead flowed from untenable circumstances.

For these reasons and for good cause shown, we respectfully request that the Court grant this motion for an enlargement of time for 30 days, to and including December 14, 2026,[1] to file a response to plaintiff's complaint.

[1] Because the requested 30-day period, ending December 12, 2026, falls on a weekend, we have set this extension request to the following Monday, December 14, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ALBERT S. IAROSSI
Assistant Director

/s/ Matthew D. Lewis

MATTHEW D. LEWIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 880-6321
Attorneys for Defendant

Dated: November 10, 2026

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CENTER FOR RURAL AFFAIRS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | No. 26-894<br>Judge Lerner |

ORDER

Upon consideration of defendant's unopposed motion for an enlargement of time to file a response to plaintiff's complaint, and for good cause shown, it is hereby:

**ORDERED** that a response to plaintiff's complaint shall be filed by Monday, December 14, 2026.

/s/____________________
Judge Lerner

Dated: ____________________